# EXHIBIT D

**Exhibit D: List of Landowners**

Donald L. Perkins
620 Wesley Chapel Road
Dresden, TN 38225-2291